UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 08cv1102 L(POR) |
| Plaintiff, ) | **ORDER DENYING AS MOOT CLAIMANT'S MOTION FOR EXTENSION OF TIME [doc. #9]** |
| v. ) | |
| FIVE PIECES OF MISCELLANEOUS JEWELRY, ) | |
| Defendant. ) | |

Claimant Robert Guzman moves for an extension of time in which to file an answer and verified claim in the above-captioned case. [doc. #9]  The Court notes Guzman filed a verified claim of ownership and attached an answer to the verified claim on August 1, 2008.  [doc. #7.] Accordingly, claimant's motion for an extension of time is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: August 14, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28