1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  FRANK D. KORTUM
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 110984
7       United States Courthouse
        312 N. Spring Street, Suite 1400
8       Los Angeles, California 90012
        Telephone: (213)894-5710
9       Facsimile: (213)894-7177
        E-Mail:   Frank.Kortum@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 10 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

12                 UNITED STATES DISTRICT COURT

13             FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                      SOUTHERN DIVISION

15 UNITED STATES OF AMERICA,      )   NO.  SACV 08-957 AG (SHx)
                                  )
16            Plaintiff,          )   [PROPOSED] JUDGMENT
                                  )
17       v.                       )
                                  )
18 FIVE PIECES OF MISCELLANEOUS   )
   JEWELRY,                       )
19                                )
              Defendant.          )
20 _____  )
                                  )
21 ROBERT GUZMAN,                 )
                                  )
22            Claimant.           )
                                  )
23 _____

       After consideration of the papers in support of and in
24
   opposition to plaintiff United States of America's Motion for
25
   Summary Judgment, the evidence presented, and any oral argument,
26
   and in accordance with the Statement of Uncontroverted Facts and
27
28                                                         FDK:ka

Conclusions of Law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff's Motion for Summary Judgment shall be and hereby is GRANTED.

2. The defendant ladies Rolex watch model 79240 valued at $4,400.00; the defendant 14 karat gold necklace with a diamond solitaire valued at $1,680.00; the defendant 14 karat gold earrings with diamonds valued at $1,840.00; the defendant 14 karat gold bracelet with diamonds valued at $1,740.00; and the defendant 14 karat gold earrings with diamonds valued at $4,390.00 (collectively, the "defendant miscellaneous jewelry") shall be and hereby are forfeited to the United States of America. The government shall dispose of the defendant miscellaneous jewelry in the manner provided by law.

DATED: ~~May~~ June 10, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America